BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant DIAZ-ALCANTAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00353 JW |
| --- | --- | --- |
| | ) | CR 10-00617 JW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| vs. | ) | ORDER CONTINUING HEARING DATE |
| | ) | AND EXCLUDING TIME UNDER THE |
| JOSE MARCO DIAZ-ALCANTAR, | ) | SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Defendant Jose Marco Diaz-Alcantar, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Brad Price, hereby stipulate that, with the Court's approval, the status hearing currently set for Monday, October 4, 2010, shall be continued to Monday, October 25, 2010, at 1:30 p.m.

The reason for the continuance is to permit the defense additional time to receive discovery in this matter and to allow the parties to discuss a possible resolution of both Mr. Diaz-Alcantar's supervised release violation, CR-05-00353-JW, and the new 8 U.S.C. § 1326 indictment in CR-10-00617-JW, which was previously assigned to the Hon. D. Lowell Jensen and related by Order of this Court on September 8, 2010 in accord with Criminal Local Rule 8-1. A continuance is therefore necessary and warranted for defense counsel's effective preparation.

The parties agree that the time between October 4, 2010, and October 25, 2010 is

Stipulation and [Proposed] Order Continuing
Hearing                                                              1

excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

Dated:  September 30, 2010

                                          /s/
                                      VARELL L. FULLER
                                      Assistant Federal Public Defender

Dated  September 30, 2010

                                        /s/
                                      BRAD PRICE
                                      Assistant United States Attorney

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for October 4, 2010, shall be continued to Monday, October 25, 2010, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between October 4, 2010, and October 25, 2010, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between October 4, 2010, and October 25, 2010, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between October 4, 2010, and October 25, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  September 30, 2010

                                        THE HONORABLE JAMES WARE
                                        United States District Court Judge